*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 18-BG-1006**

IN RE JOSEPH J. PAPPACODA

**2018 DDN 172**

A Member of the Bar of the
District of Columbia Court of Appeals

**Bar Registration No.   439225**

BEFORE:   Beckwith, Associate Judge, and Nebeker and Ferren, Senior Judges.

## O R D E R
(FILED – December 20, 2018)

On consideration of the certified order of the Supreme Court of Florida revoking respondent's license to practice law in that jurisdiction by consent; this court's October 1, 2018, order suspending respondent and directing him to show cause why the functionally equivalent reciprocal discipline of disbarment should not be imposed; respondent's response thereto; the statement of Disciplinary Counsel regarding reciprocal discipline; and respondent's D.C. Bar R. XI, §14 (g) affidavit filed on October 30, 2018, it is

ORDERED that Joseph J. Pappacoda is hereby disbarred from the practice of law in the District of Columbia, *nunc pro tunc* to October 30, 2018. *See In re Sibley*, 990 A.2d 483 (D.C. 2010); *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (rebuttable presumption of identical reciprocal discipline applies to all cases in which the respondent does not participate); D.C. Bar R. XI, §16 (c) (providing the timing for when a disbarred attorney may seek reinstatement).

**PER CURIAM**